[Nos. 3019–3; 3231–3. Division Three. December 27, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DWAYNE ANDERSON, *Appellant.*

Appeals from judgments of the Superior Courts for Spokane and Franklin Counties, Nos. 26472, 3778, John J. Lally and Fred R. Staples, JJ., entered July 5 and

1052

December 12, 1978. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.